| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, Jr., Joseph F. | United States District Court - District of South Carolina | 04/01/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 901 Richland Street Columbia, SC 29201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR -7 A 11: 05 FINANCIAL DISCLOSURE OFFICE

Anderson Jr_Joseph_F

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | University of South Carolina School of Law | $24,000.00 |
| 2. 2008 | South Carolina Bar - Net Book Royalty (The Lost Art: An Advocate's Guide to Effective Closing Argument | $462.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. South Carolina Bar | 01/25/08-01/26/08 | Charleston, SC | SC Bar Convention | Lodging |
| 2. Villanova Law School | 2/1/2008-2/3/2008 | Philadelphia, PA | Law Review Symposium | Travel, Lodging, Meals |
| 3. Clemson University | 3/5/2008 | Clemson, SC | Speech to Pre-Law Society | Travel, Meal |
| 4. Charleston School of Law | 4/10/2008-4/11/2008 | Charleston, SC | Law Review Symposium | Travel, Lodging |
| 5. South Carolina Trial Lawyers Association | 12/4/2008-12/5/2008 | Atlanta, GA | Speech Trial Lawyers CLE | Lodging, Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 04/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MFS Municipal Income Trust | A | Dividend | J | T | | | | | |
| 2. Mutual Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 3. Mutual Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 4. Mutual Fund - Vanguard | A | Dividend | | | Sold | 5/12 | K | D | |
| 5. Checking Account | A | Interest | J | T | | | | | |
| 6. US Savings Bonds (Series I) | B | Interest | K | T | | | | | |
| 7. Mutual Fund - Vanguard Long Term Treasury Fund | A | Dividend | J | T | | | | | |
| 8. Mutual Fund - Vanguard Precious Metals & Mining | A | Dividend | K | T | | | | | |
| 9. Stock - Gilead Sciences, Inc. | A | Dividend | J | T | | | | | |
| 10. Cash Reserves - Bank of America | C | Interest | L | T | | | | | |
| 11. Mutual Fund - Vanguard Wellington Fund | C | Dividend | K | T | | | | | |
| 12. Stock - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 13. Certificate of Deposit - Branch Bank & Trust | A | Interest | | | Matured | 5/12 | J | A | |
| 14. Certificate of Deposit - Branch Bank & Trust | A | Interest | J | T | | | | | |
| 15. Certificate of Deposit - Branch Bank & Trust | B | Interest | K | T | | | | | |
| 16. Installment Sale Payment (see explanation on p. 6) | | None | | | Expired | | | | |
| 17. Mutual Fund - Vanguard Global Equity Fund | A | Dividend | J | T | Buy | 3/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Fund - Vanguard Energy Fund | A | Dividend | K | T | Buy | 5/12 | J | | |
| 19. Certificate of Deposit - Bank Meredian | A | Interest | K | T | Buy | 11/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., Joseph F. | 04/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Described in Prospectus as a "closed-end, non-diversified investment company that seeks to provide current income exempt from federal income taxes." The Trustee is Massachusetts Financial Company.

2. Pacific Growth Fund; Jersey City, NJ

3. Dividend Growth Securities; Jersey City, NJ

4. Vanguard Indext Trust Fund; Philadelphia, PA

5. Branch Bank & Trust Company; Columbia, SC

6. Branch Bank & Trust Company; Columbia, SC

7. Vanguard Long Term Treasury Fund, Philadelphia, PA

8. Vanguard Precious Metals & Mining Fund, Philadelphia, PA

9.

10. Bank of America, Columbia, SC

11. Vanguard Wellington Fund, Philadelphia, PA

12.

13. Branch Bank & Trust, Columbia, SC

14. Branch Bank & Trust, Columbia, SC

15. Branch Bank & Trust, Columbia, SC

16. Explanation of Item 16: Prior to her death, ███████ sold an office building to a businessman, financing the purchase with him. She received monthly payments of $551.64, some of which was principal and some of which was interest. The payments run through May 2009. ███████ died and while her estatate was being administered, these payments were made to her estate. In 2007, her estate was closed out and ███████████ I began receiving the payments, dividing them equally. In 2008, ███████████ I decided to let one of the ███████ keep all of the installment payments in recognition of the care he rendered to ███████ during the last few years of her life. Therefore, I received no principal or interest payments in 2008. Last year's financial disclosure (2007) indicated these payments were to continue through May 2009 and so I concluded that this entry should be made to explain why the installment sale payments expired and no income is reported in 2008.

17. Vanguard Global Equity Fund, Philadelphia, PA

18. Vanguard Energy Fund, Philadelphia, PA

19. Bank Meredian - Columbia, SC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544